

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED

NOV 07 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MUHAMMAD ASLAM,

       **Plaintiff**

v.

RUTH A. DOROCHOFF, **Chicago District
Director of the Citizenship and Immigration
Services; MICHAEL CHERTOFF, Secretary
of the U.S. Department of Homeland Security;
and ROBERT S. MUELLER, III, Director
of the Federal Bureau of Investigation,**

       **Defendants.**

**CASE NO.**

07CV6308
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

---

### COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF MANDAMUS

Plaintiff MUHAMMAD ASLAM, by and through his undersigned attorney, for his

Complaint for Mandamus against Defendants, RUTH A. DOROCHOFF, District Director of the

Chicago Office for the U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF,

Secretary of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal

Bureau of Investigation, alleges as follows:

### Nature of the Case and Parties

1.    This is a civil action to compel the Chicago District Director of the Office for

Citizenship and Immigration Services to adjudicate an N-400 Application for Naturalization that

has been pending since April 13, 2005 ("Application"). (*See* **Exhibit A**).

2.      Plaintiff MUHAMMAD ASLAM ("Mr. Aslam") was born in Pakistan on December 15, 1956. Mr. Aslam has been a legal permanent resident of the United States since May 4, 2000. His alien registration number is A 77 370 905. Mr. Aslam currently resides at 2231 Ottawa Street in Des Plaines, Illinois.

3.      Defendants are the District Director of the Chicago Office for Citizenship and Immigration Services (the "Service"), the Secretary of the Department of Homeland Security, and the Director of the Federal Bureau of Investigation. They are sued in their official capacity.

## Jurisdiction and Venue

4.      This Court has jurisdiction over this matter pursuant to 8 U.S.C. § 1447(b), 28 U.S.C. § 1331, 28 U.S.C. § 1361, 8 U.S.C. §§ 1443-1448, and 5 U.S.C. §§ 701-706.

5.      This Court has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. § 2201, 28 U.S.C. § 2202, and Federal Rules of Civil Procedure 57 and 65.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(e) because the events and omissions giving rise to this matter occurred in this District and because Mr. Aslam resides in this District.

## Statement of the Case

7.      Mr. Aslam became a legal permanent resident of the United States on May 4, 2000.

8.      On April 13, 2005, Mr. Aslam filed an N-400 Application for Naturalization with the Service. (*See* **Exhibit A**).

9.    Mr. Aslam had his initial interview and examination in regard to his application on September 15, 2005. (*See* **Exhibit A**). Mr. Aslam passed his language and civics exams, but the Service issued an N-652 Naturalization Interview Results indicating that a decision could not yet be made because of pending security checks. (*See* **Exhibit B**).

10.    Since January 2006, Mr. Aslam has repeatedly filed inquiries to determine the status of his application and to request that the Service schedule him for his oath of naturalization. (*See* **Exhibits C and D**). Mr. Aslam filed his first inquiry with the assistance of counsel on January 19, 2006. (*See* **Exhibit C-1**). The Service responded to the inquiry on February 23, 2006, indicating that Mr. Aslam's application was undergoing security checks. (*See* **Exhibit C-2**). Attached to the response was a document titled, "Note to Applicants Regarding National Security Checks," in which the Service "requests that [applicants] wait at least 120 days from the date of [interviews] before making an inquiry regarding" case statuses. The time between Mr. Aslam's interview and his first inquiry was more than 120 days. It has now been over two years since Mr. Aslam's initial interview and examination.

11.    Including the January 2006 inquiry, Mr. Aslam filed a total of five inquiries in 2006. (*See* **Exhibits C-1 to C-8**). In March 2006, Mr. Aslam filed a second inquiry with the Service, but the Service failed to respond. Therefore, Mr. Aslam's counsel filed a third inquiry on May 1, 2006, to which the Service again failed to respond. After a fourth inquiry, filed on June 16, 2006, the Service responded, indicating that the case is still pending background investigations. After waiting five more months, Mr. Aslam filed a fifth inquiry on November 14, 2006. Again, the Service stated that Mr. Aslam's case is pending background investigation.

12.    Mr. Aslam waited an additional four months before filing his first inquiry in 2007 on March 2, 2007. (*See* **Exhibit D-1**). At this point it was nearly two years since the Service

3

received Mr. Aslam's Application, and one and one-half years since Mr. Aslam's interview. The Service failed to respond to that inquiry, and in fact, has failed to respond to two additional inquires filed in 2007: July 2007 (seventh inquiry) and August 2007 (eighth inquiry). (*See* **Exhibits D-2 and D-3**). Thus, the Service has now failed to respond to all of Mr. Aslam's inquiries in 2007.

13.    On information and belief, the normal period prescribed by Defendants for adjudicating an application for naturalization is seven months. To date, over two years and six months have passed since Mr. Aslam filed his Application for Naturalization, and over two years have passed since his interview and examination. As of the date of this filing, the Service has not adjudicated Mr. Aslam's Application and scheduled his oath ceremony.

## Claim for Relief

14.    Defendants have violated and continue to violate 8 U.S.C. § 1447(b), 8 U.S.C. § 1448(d), and 8 CFR § 335.3, and 8 CFR § 337.2. Defendants have failed to make a determination on the Application at the time of the interview and examination for naturalization or within 120 days after the interview and examination were conducted, as required by 8 U.S.C. § 1447 and 8 CFR § 335.3. Defendants have failed to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship, as required by 8 CFR § 335.3. Defendants have failed to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays as required by 8 U.S.C § 1448(d) and 8 CFR § 337.2(a).

15.    Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, (a) in that they have unlawfully withheld or unreasonably delayed agency action to which Plaintiff is entitled and (b) in that they have taken action that is arbitrary and capricious, an abuse of discretion and not in accordance with the law. Defendants have failed to make a determination on the Application at the time of the interview and examination for naturalization or within 120 days after the interview and examination, as required by 8 U.S.C. § 1447 and 8 CFR § 335.3. Defendants have failed to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship, as required by 8 CFR § 335.3. Defendants have failed to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays as required by 8 U.S.C § 1448(d) and 8 CFR § 337.2(a).

16.    Defendants willfully and unreasonably have delayed in, and have refused to adjudicate Plaintiffs' Applications, thereby, depriving Plaintiff of rights under 5 U.S.C. § 555(b) to the adjudication of his Application in a reasonable time.

17.    Plaintiff has exhausted any administrative remedies that may exist, and has not caused or contributed to the Service's delay in adjudicating the Application.

## Prayer for Relief

**WHEREFORE** Plaintiff prays that this Court:

A. Accept jurisdiction and maintain continuing jurisdiction of this Action.

B. Declare as unlawful the violation by Defendants and their agents of 8 U.S.C. §§ 1447(b) and 1448(d) and 8 CFR §§ 335.3 and 337.2(a) in failing to make a determination on Plaintiff's naturalization application at the time of the interview and examination or within 120 days after the interview and examination were conducted; failing to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship; and failing to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays.

C. Declare as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1), the violation by the Defendants and their agents, of 5 U.S.C. § 706(1), 8 U.S.C. §§ 1447(b) and 1448(d) and 8 CFR §§ 335.3 and 337.2(a) in failing to make a determination on Plaintiff's naturalization application at the time of the interview and examination or within 120 days after the interview and examination were conducted; failing to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship; and failing to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays.

D.  Declare as agency action that is arbitrary and capricious, an abuse of discretion, and not in accordance with law, pursuant to 5 U.S.C. § 706(1), the violation by the Defendants and their agents, of 5 U.S.C. § 706(1), 8 U.S.C. §§ 1447(b) and 1448(d) and 8 CFR §§ 335.3 and 337.2(a) in failing to make a determination on Plaintiff's naturalization application at the time of the interview and examination or within 120 days after the interview and examination were conducted; failing to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship; and failing to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays.

E.  Issue a writ in the nature of mandamus, pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling Defendants and their agents to make a determination of Plaintiff's naturalization application within sixty (60) days, to notify Plaintiff that the Application has been granted or denied, and if granted, of the procedures to be followed for the administration of the oath of allegiance, and to conduct ceremonies to administer the oath of naturalization within twenty (20) days of notifying Plaintiff the Application has been granted.

F.  Grant such other and further relief as this Court deems proper under the circumstances.


Dated:   November 7, 2007

Robert C. Milla

KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
No. 26650
(312) 341-9730
Attorneys for Plaintiff


7

**MUHAMMAD ASLAM**

## EXHIBITS:

| | |
|---|---|
| **Exhibit A** | Copy of Form I-797C Receipt Notice of Action for Request for Applicant to Appear for Naturalization Initial Interview, reflecting that the Service received the Application on April 13, 2005 and scheduled Mr. Aslam to have his initial interview on September 15, 2005. |
| **Exhibit B** | Copy of Form N-652 Naturalization Interview Results for Mr. Aslam, indicating that despite passing the civics and English exams, his case could not be decided because of pending security checks. |
| **Exhibits C-1 – C-8** | Copies of correspondence and inquiries between Mr. Aslam's attorneys and the Service in 2006. |
| **Exhibit D-1 – D-3** | Copies of inquiries filed with the Service on behalf of Mr. Aslam by his attorneys in 2007. |

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of** ∠

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>July 05, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 077 370 905 |
| APPLICATION NUMBER<br>LIN*000771465 | RECEIVED DATE<br>April 13, 2005 | PRIORITY DATE<br>April 13, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MUHAMMAD ASLAM *# 19705*
c/o CHERYL LENZ CALVO
KEMPSTER KELLER & LENZ CALVO
332 S MICHIGAN AVE SUITE 1428
CHICAGO IL 60604

ıl.ıll...ıll..ıll...l.l

**Please come to:**
CHICAGO CUSA OFFICE
536 S. CLARK-- 3RD FLOOR
CITIZENSHIP OFFICE
FIRST FLOOR
CHICAGO IL 60605
**On (Date):** Thursday, September 15, 2005
**At (Time):** 08:25 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE CO



Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 77 370 905

On 9-15-05 , you were interviewed by USCIS officer Wyant

[X] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the intructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _X_ **A decision cannot yet be made about your application.** Pending Security Check

**It is very important that you:**

[✓] Notify USCIS if you change your address

[✓] Come to any scheduled interview.

[✓] Submit all requested documents.

[✓] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

[✓] Go to any Oath Ceremony that you are scheduled to attend.

[✓] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form







**DEPARTMENT OF HOMELAND SECURITY U.S.**
Citizenship and Immigration Service
Chicago District Office

STATUS INQUIRY FORM

DATE:  **JANUARY 18, 2006**

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____**A077 370 905**_____

Name: **ASLAM,**          **Muhammad**
     Last          First   Middle

Mailing Address: 2211 WESMERE LAKE DRIVE

City: **PLAINFIELD**     State: **IL**  Zip Code: **60544**

Daytime Phone Number: 773/275-6122

Country of Birth: **PAKISTAN**  Date of Birth: __12/15/1956__

## CORRESPONDENCE INFORMATION

____ Check if telephonic inquiry

Class: GENERAL  Request Type (check all that apply): **X** Address
Change __ General ____ Received Documents

Type of Application (check one): ____ Adjustment of Status  **X  Citizenship**

---

____ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant **X** Attorney ___ CBO

Name:    LENZ-CALVO, CHERYL

    Last      First     Middle
Firm/Organization: Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:  1428

City:  Chicago     State:  IL  Zip Code:  60604

Phone No.:  312-341-9730

---

**FORM FILED (check boxes below that apply):**          **DATE APPLICATION FILED: 04/08/2005**

| | | | | |
|---|---|---|---|---|
| ___ I-130 | ___ I-485 | ___ I-751 | ___ I-765 | ___ I-824 |
| ___ N336 | **X** N-400 | ___ N-565 | ___ N-600 | ___ N-643  Other: _____ |

**REQUEST RESCHEDULE FOR (check one):** ____ Fingerprinting ___ Interview  **X  Oath**

**Additional Comments:** MR. ASLAM HAS SUCCESSFULLY COMPLETED THE NATURALIZATION REQUIREMENTS, AND WAS INFORMED AT HIS 09/15/2005 INTERVIEW THAT ALL IS WELL, BUT THAT A BACKGROUND NAME CHECK IS STILL PENDING. WE KINDLY ASK THAT OUR CLIENT BE SCHEDULED TO AN UPCOMING OATH CEREMONY. THANK YOU FOR YOUR ASSISTANCE TO THIS MATTER.

\*\*\*        INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
        REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*    CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Our G-28 is attached._____     Date: _____**01/18/2006**

\*\*       MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03



Att: Sh... al Calvo,
Urgent!!



U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, Illinois 60604

**U.S. Citizenship
and Immigration
Services**

February 23, 2006

ASLAM, MUHA... IAD
2211 WESMERE LAKE DRIVE
PLAINFIELD, IL ...0544

Dear Applicant:

Although we have completed the interview on your application we cannot make a decision on your case because the required security checks are incomplete. Once the background investigation is completed we will make and inform you of our decision as quickly as possible.

We understand that you may be frustrated by this news. However, in order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. Consequently, we have adopted enhanced security check procedures.

Given the significance of immigration benefits and the number of applications submitted, it is inevitable that some applications will require more attention than others. Some factors that may lead to delays are the volume of record checks, the number of records to be checked and the processing of common names. For the vast majority of applicants, USCIS is able to quickly determine whether there is any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before a decision can be made on the case. However, a match does not always lead to a denial of the application. USCIS does not share information regarding the specific nature of the match or the nature or status of any investigation with applicants or their representatives.

We remain committed to processing cases within a reasonable period of time. In some cases, however, unresolved security concerns will create delays. We ask for your patience in such cases, and in return we promise to continue to seek resolution as quickly as possible in each individual case.

Sincerely,

Gerard Heinaue

Gerard Heinaue
Acting District Director



Department of Homeland Security
10 W. Jackson Boulevard
Chicago, Il. 60604



**U.S. Citizenship
and Immigration
Services**


# NOTE TO APPLICANTS REGARDING NATIONAL SECURITY CHECKS


A final decision cannot be made on any application for naturalization or adjustment of status to permanent resident until national security checks are complete and the local USCIS office receives a response.

National security checks are performed by federal agencies other than the United States Citizenship and Immigration Services (USCIS). Your local USCIS office has no control over the pace of completion of these required checks.

At any given time, there are many hundreds of this office's cases pending due to national security checks. A significant portion of these checks takes more than six months to complete. At the USCIS Chicago District Office, cases with pending security checks are queried every week to ensure that those whose checks have cleared are acted on in a timely manner.

The USCIS Chicago District Office requests that you wait at least 120 days from the date of your interview before making an inquiry regarding the status of your case, if you have been advised at your interview that your security check (or name check) is pending. Your cooperation helps us to use office personnel more efficiently to complete your case and others that are pending.

USICIS thanks you for your patience and understanding in this matter.

Sincerely,

Michael M. Comfort
District Director



DEPARTMENT OF HOMELAND SECURITY U.S.
Citizenship and Immigration Service
Chicago District Office

# 2ND INQUIRY

STATUS INQUIRY FORM

DATE:  **MARCH 3, 2006**

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____**A077 370 905**_____

Name:  **ASLAM.**          **Muhammad**
          Last          First          Middle

Mailing Address:  2211 WESMERE LAKE DRIVE

City:  PLAINFIELD      State:  IL   Zip Code:  60544

Daytime Phone Number:  773/275-6122

Country of Birth: PAKISTAN   Date of Birth:  12/15/1956

## CORRESPONDENCE INFORMATION

____  Check if telephonic inquiry

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant  **X** Attorney ___ CBO

Name:    LENZ-CALVO, CHERYL

Last          First          Middle
Firm/Organization:  Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:  1428

City: Chicago        State:  IL   Zip Code:  60604

Phone No.:  312-341-9730

Class: GENERAL  Request Type (check all that apply):  **X** Address Change _ General  ____ Received Documents

Type of Application (check one):      ____ Adjustment of Status   **X** **Citizenship**

**FORM FILED** (check boxes below that apply):            **DATE APPLICATION FILED: 04/08/2005**

___ I-130       ___ I-485       ___ I-75 1       ___ I-765       ___ I-824

____ N336   **X** **N-400**   ___ N-565   ___ N-600   ___ N-643   Other: _____

**REQUEST RESCHEDULE FOR** (check one):  ____ Fingerprinting ___ Interview   **X**  **Oath**

Additional Comments: MR. ASLAM HAS SUCCESSFULLY COMPLETED THE NATURALIZATION REQUIREMENTS, AND WAS INFORMED AT HIS 09/15/2005 INTERVIEW THAT ALL IS WELL, BUT THAT A BACKGROUND NAME CHECK IS STILL PENDING. WE KINDLY ASK THAT OUR CLIENT BE SCHEDULED TO AN UPCOMING OATH CEREMONY. THANK YOU FOR YOUR ASSISTANCE TO THIS MATTER.

\*\*\*       INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
          REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*       CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature:  Our G-28 is attached.            Date:                    **03/03/2006**

\*\*       MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03



**DEPARTMENT OF HOMELAND SECURITY U.S.**
**Citizenship and Immigration Service**
**Chicago District Office**

# 3rd INQUIRY



**STATUS INQUIRY FORM**

DATE:    April 28, 2006

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____ **A077 370 905** _____

Name:  **ASLAM,**          **MUHAMMAD**
　　　　Last　　　　　First　　　　　Middle

Mailing Address:  2211 WESMERE LAKE DRIVE

City:  PLAINFIELD  State:___IL__  Zip Code: 60544

Daytime Phone Number:  773/275-6122

Country of Birth: PAKISTAND  Date of Birth:____12/15/1956___

## CORRESPONDENCE INFORMATION

____ Check if telephonic inquiry

| ____ Check box if author is same as applicant |
| (DO NOT complete the following if box is checked) |
| Type of inquiry: |
| ___ Applicant  X  Attorney ____ CBO |
| Name:    LENZ-CALVO, CHERYL |
| 　　Last　　　First　　　Middle |
| Firm/Organization: Kempster, Keller & Lenz-Calvo, Ltd. |
| Mailing Address:  332 S. Michigan Ave. |
| Suite # or Apt. #:   1428 |
| City:  Chicago    State:  IL   Zip Code:  60604 |
| Phone No.:   312-341-9730 |

Class: GENERAL  Request Type (check all that apply):  __ Address Change _ General ____ Received Documents

Type of Application (check one):      ____ Adjustment of Status   **X  Citizenship**

**FORM FILED** (check boxes below that apply):      **DATE APPLICATION FILED: 04/08/2005**

| I-130 | ___ I-485 | ____ I-751 | ____ I-765 | ____ I-824 |
| ___ N336 | **X N-400** | __ N-565 | ___ N-600 | ___ N-643 | Other: _____ |

**REQUEST RESCHEDULE FOR** (check one):  ____ Fingerprinting  __ Interview    **X    Oath**

Additional Comments:  **WE KINDLY REQUEST FOR THE ADJUDICATION OF MR. ASLAM'S NATURALIZATION APPLICATION WHICH HE SUCCESSFULLY COMPLETED DURING HIS 09/15/2005 INTERVIEW.  WE KINDLY ASK THAT HE MAY SOON BE SCHEDULED FOR HIS OATH.  THANK YOU FOR YOUR ATTENTION TO THIS MATTER.**

***    **INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.**

***    **CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:**

Signature:  Our G-28 is attached._____        Date: _____    **04/28/2006**

**    **MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690**

CU Revised 08/14/03





DEPARTMENT OF HOMELAND SECURITY U.S.
**Citizenship and Immigration Service**
**Chicago District Office**

 JUN 1 6 2006

# 4TH INQUIRY

**STATUS INQUIRY FORM**

DATE:    JUNE 16, 2006

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number:    **A077 370 905**

Name:  **ASLAM,        MUHAMMAD**
          Last              First        Middle

Mailing Address:  2211 WESMERE LAKE DRIVE

City:  PLAINFIELD   State:   IL   Zip Code:  60544

Daytime Phone Number:  773/275-6122

Country of Birth:  PAKISTAN   Date of Birth:   12/15/1956

## CORRESPONDENCE INFORMATION

____ Check if telephonic inquiry

**(COPY)**

| ____ Check box if author is same as applicant |
| --- |
| (DO NOT complete the following if box is checked) |

Type of inquiry:
___ Applicant  _X_ Attorney ___ CBO

Name:    LENZ-CALVO, CHERYL

          Last            First            Middle
Firm/Organization:  Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:   332 S. Michigan Ave.

Suite # or Apt. #:   1428

City:  Chicago       State:   IL   Zip Code:  60604

Phone No.:  312-341-9730

Class: GENERAL  Request Type (check all that apply):  ___ Address Change ___ General ___ Received Documents

Type of Application (check one):       ___ Adjustment of Status  **X  Citizenship**

**FORM FILED (check boxes below that apply):**       **DATE APPLICATION FILED: 04/08/2005**

| ___ I-130 | ___ I-485 | ___ I-751 | ___ I-765 | ___ I-824 |
| --- | --- | --- | --- | --- |
| ___ N336 | **X N-400** | ___ N-565 | ___ N-600 | ___ N-643 |

Other: _____

**REQUEST RESCHEDULE FOR (check one):** ___ Fingerprinting ___ Interview  **X   Oath**

Additional Comments: WE KINDLY REQUEST FOR THE ADJUDICATION OF MR. ASLAM'S NATURALIZATION APPLICATION WHICH HE SUCCESSFULLY COMPLETED DURING HIS 09/15/2005 INTERVIEW. WE KINDLY ASK THAT HE MAY SOON BE SCHEDULED FOR HIS OATH.  THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

\*\*\*        INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*        CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature:  Our G-28 is attached._____        Date: _____  **06/16/2006**

\*\*        MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03



U.S. Department of Homeland Security
536 S. Clark St.
Chicago, IL 60605



**U.S. Citizenship
and Immigration
Services**

June 27, 2006

**ATTORNEY CHERYL LENZ-CALVO
KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. MICHIGAN AVE SUITE #1428
CHICAGO, IL  60604**

**RE: ASLAM, MUHAMMAD**

Dear Applicant:

   Although we have completed the interview on your application we cannot make a decision on your case because the required security checks are incomplete. Once the background investigation is completed we will make and inform you of our decision as quickly as possible.

   We understand that you may be frustrated by this news.  However, in order to fulfill its mission to provide immigration benefits and service to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. Consequently, we have adopted enhanced security check procedures.

   Given the significance of immigration benefits and the number of applications submitted, it is inevitable that some applications will require more attention than others. Some factors that may lead to delays are the volume of record checks, the number of records to be checked and the processing of common names. For the vast majority of applicants, USCIS is able to quickly determine whether there is any criminal or security related eligibility issues.  In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before a decision can be made on the case. However, a match does not always lead to denial of the application. USCIS does not share information regarding the specific nature of the match or the nature or status of any investigation with applicants or their representatives.

   We remain committed to processing case within a reasonable period of time. In some cases, however, unresolved security concerns will create delays. We ask for your patience in such cases, and in return we promise to continue to seek resolution as quickly as possible in each individual case.

Sincerely,

*Ruth A. Dorochoff*

Ruth A. Dorochoff
Acting District Director



NOV 1 · 2006



DEPARTMENT OF HOMELAND SECURITY U.S.
**Citizenship and Immigration Service**
**Chicago District Office**

# 5TH REQUEST

STATUS INQUIRY FORM

DATE:   NOVEMBER 13, 2006

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____ **A077 370 905**

Name: **ASLAM,      MUHAMMAD**
Last        First        Middle

Mailing Address:    2231 OTTAWA STREET

City:   DES PLAINES   State:   IL   Zip Code:   60016

Daytime Phone Number:   773/275-6122

Country of Birth: PAKISTAN   Date of Birth: ____12/15/1956

## CORRESPONDENCE INFORMATION

___ Check if telephonic inquiry

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant _X_ Attorney ___ CBO

Name:   LENZ-CALVO,    CHERYL

Last         First         Middle

Firm/Organization:  Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:   332 S. Michigan Ave.

Suite # or Apt. #:   1428

City:  Chicago       State:   IL   Zip Code:   60604

Phone No.:   312-341-9730

Class: GENERAL  Request Type (check all that apply):  **X** Address Change _ General ___ Received Documents

Type of Application (check one):     ___ Adjustment of Status  **X  Citizenship**

**FORM FILED (check boxes below that apply):**     **DATE APPLICATION FILED: 04/12/2005**

___ I-130      ___ I-485      ___ I-75 1      ___ I-765      ___ I-824

___ N336   **X  N-400**   ___ N-565   ___ N-600   ___ N-643   Other: _____

**REQUEST RESCHEDULE FOR (check one):** ____ Fingerprinting ___ Interview  **X  Oath**

Additional Comments: **WE KINDLY REQUEST FOR THE ADJUDICATION OF MR. ASLAM'S NATURALIZATION APPLICATION  WHICH HE HAS SUCCESSFULLY COMPLETED IN SEPTEMBER 15, 2005. WE  APPRECIATE YOUR IMMEDIATE ATTENTION TO THIS MATTER.  THANK YOU.**

***    INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

***    CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Our G-28 is attached._____     Date: _____ **NOVEMBER 13, 2006** _____

**    MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03





101 W. Congress Pkwy

**U.S. Citizenship
and Immigration
Services**

NOVEMBER 16, 2006

**LENZ-CALVO, CHERYL
KEMPSTER, KELLER & LENZ-CALVO LLTD.
332 S MICHIGAN AVE. SUITE 1428
CHICAGO, IL  60604**

RE:  ASLAM, MUHAMMAD

Dear Applicant:

Although we have completed the interview on your application we cannot make a decision on your case because the required security checks are incomplete. Once the background investigation is completed we will make and inform you of our decision as quickly as possible.

We understand that you may be frustrated by this news.  However, in order to fulfill its mission to provide immigration benefits and service to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. Consequently, we have adopted enhanced security check procedures.

Given the significance of immigration benefits and the number of applications submitted, it is inevitable that some applications will require more attention than others. Some factors that may lead to delays are the volume of record checks, the number of records to be checked and the processing of common names. For the vast majority of applicants, USCIS is able to quickly determine whether there is any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before a decision can be made on the case. However, a match does not always lead to denial of the application. USCIS does not share information regarding the specific nature of the match or the nature or status of any investigation with applicants or their representatives.

We remain committed to processing case within a reasonable period of time. In some cases, however, unresolved security concerns will create delays. We ask for your patience in such cases, and in return we promise to continue to seek resolution as quickly as possible in each individual case.

Sincerely,

Ruth A. Dorochoff
District Director

**www.uscis.gov**



**DEPARTMENT OF HOMELAND SECURITY U.S.**
Citizenship and Immigration Service
Chicago District Office



# 6ᵀᴴ INQUIRY

STATUS INQUIRY FORM

DATE:   March 1, 2007

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____ **A077 370 905**

Name:  **ASLAM,    Muhammad**
        Last            First        Middle

Mailing Address:   2231 OTTAWA STREET

City:  DES PLAINES State:   IL   Zip Code:   60616

Daytime Phone Number:   773/875-8386

Country of Birth: PAKISTAN    Date of Birth: ____ 12/15/1956

## CORRESPONDENCE INFORMATION

____ Check if telephonic inquiry

Class: GENERAL   Request Type (check all that apply): ___ Address
Change _ General ____ Received Documents

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant  _X_ Attorney ___ CBO

Name:     LENZ-CALVO,   CHERYL
          Last          First         Middle

Firm/Organization:  Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:   1428

City:  Chicago          State:   IL  Zip Code:  60604

Phone No.:  312-341-9730

Type of Application (check one):      ___ Adjustment of Status   **X  Citizenship**

**FORM FILED (check boxes below that apply):**      **DATE APPLICATION FILED: 04/12/2005**

___ I-130       ___ I-485      ___ I-75 1      ___ I-765      ___ I-824

_ N-336   **X N-400**     ___ N-565      ___ N-600      ___ N-643      Other: _____

**REQUEST RESCHEDULE FOR (check one):** ——— Fingerprinting     ___ Interview   **X Oath**

Additional Comments: WE KINDLY REQUEST FOR THE ADJUDICATION OF MR. ASLAM'S NATURALIZATION
APPLICATION, AND ASK THAT HE AND OUR OFFICE BE NOTIFIED OF AN UPCOMING OATH CEREMONY. HE
COMPLETED ALL THE NATURALIZATION REQUIREMENTS ON HIS INTERVIEW ON SEPTEMBER 15, 2005. WE
GREATLY APPRECIATE YOUR ASSISTANCE TO THIS MATTER.

\*\*\*        INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
        REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*        CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature:  Our G-28 is attached._____        **Date**:   March 1, 2007

\*\*        **MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690**

CU Revised 08/14/03





**DEPARTMENT OF HOMELAND SECURITY U.S.**
**Citizenship and Immigration Service**
**Chicago District Office**





# 7ᵀᴴ INQUIRY

**STATUS INQUIRY FORM**

---

DATE:    JULY 2, 2007

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _____ **A077 370 905**

Name: __**ASLAM, Muhammad**__
         Last          First          Middle

Mailing Address:    2231 OTTAWA STREET

City: DES PLAINES  State:__IL__ Zip Code: 60616

Daytime Phone Number:  773/875-8386

Country of Birth: PAKISTAN   Date of Birth: __12/15/1956__

## CORRESPONDENCE INFORMATION

____ Check if telephonic inquiry

Class: GENERAL  Request Type (check all that apply): __ Address Change _ General ____ Received Documents

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant _X_ Attorney ___ CBO

Name:   LENZ-CALVO,  CHERYL

         Last          First          Middle
Firm/Organization:  Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:  1428

City: Chicago        State: IL  Zip Code: 60604

Phone No.:  312-341-9730

Type of Application (check one): ___ Adjustment of Status   **X  Citizenship**

**FORM FILED** (check boxes below that apply):    **DATE APPLICATION FILED: 04/12/2005**

___ I-130          ___ I-485          ___ I-75 1          ___ I-765          ___ I-824

_ N-336   **X N-400**          ___ N-565          __ N-600          ___ N-643          Other: _____

**REQUEST RESCHEDULE FOR** (check one):  —— Fingerprinting   ___ Interview   **X Oath**

**Additional Comments:** WE KINDLY REQUEST FOR THE ADJUDICATION OF MR. ASLAM'S NATURALIZATION APPLICATION, AND ASK THAT HE AND OUR OFFICE BE NOTIFIED OF AN UPCOMING OATH CEREMONY. HE COMPLETED ALL THE NATURALIZATION REQUIREMENTS ON HIS INTERVIEW ON SEPTEMBER 15, 2005. WE GREATLY APPRECIATE YOUR ASSISTANCE TO THIS MATTER.

\*\*\*    INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*    CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Our G-28 is attached._____          Date: _____ JULY 2, 2007 _____

\*\*    MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03





**DEPARTMENT OF HOMELAND SECURITY U.S.**
Citizenship and Immigration Service
Chicago District Office

AUG 0 3 2007

**STATUS INQUIRY FORM**

8th Request

DATE: August 1, 2007

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

COPY

A Number:  A077 370 905

Name:  Aslam, Muhammad
      Last        First     Middle

Mailing Address:  2231 Ottawa Street

City:  Des Plaines    State: IL  Zip Code:  60616

Daytime Phone Number:  (773) 875-8386

Country of Birth:  Pakistan   Date of Birth:  12/15/1956

## CORRESPONDENCE INFORMATION

___ Check if telephonic inquiry

Class: GENERAL  Request Type (check all that apply): ___ Address Change  ___ General  ___ Received Documents

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant  _X_ Attorney ___ CBO

Name:  Lenz-Calvo, Cheryl

    Last       First       Middle
Firm/Organization:  Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:  1428

City:  Chicago    State:  IL   Zip Code:  60604

Phone No.:  312-341-9730

Type of Application (check one):    ___ Adjustment of Status   **X Citizenship**

**FORM FILED** (check boxes below that apply):    **DATE APPLICATION FILED:**  04/12/2005

___ I-130    ___ I-485    ___ I-75 I    ___ I-765    ___ I-824

___ N-336   **X N-400**   ___ N-565    ___ N-600    ___ N-643    Other: _____

**REQUEST RESCHEDULE FOR** (check one): —— Fingerprinting   ___ Interview   **X** Oath

Additional Comments:  We kindly request the adjudication of Mr. Aslam's naturalization application, and ask that he and our office be notified of an upcoming oath ceremony. He completed all the naturalization requirements on his    interview on September 15, 2005. We greatly appreciate your assistance in this matter.



\*\*\*    INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITE
        REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*    CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:
Signature:  Our G-28 is attached.                     **Date:**  August 1, 2007
\*\*    MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03