

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MUHAMMAD ASLAM
v.
RUTH A. DOROCHOFF, Chicago District Director of USCIS;
MICHAEL CHERTOFF, Secretary of the U.S. DHS; and
ROBERT S. MUELLER, III, Director of FBI

Case Number **KC**

**FILED**

NOV 0 7 2007
ΛΟV 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MUHAMMAD ASLAM

## 07CV6308
## JUDGE KENNELLY
## MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print)<br>Robert C. Milla | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Kempster, Keller & Lenz-Calvo, Ltd. | |
| STREET ADDRESS<br>332 S. Michigan Avenue, Suite 1428 | |
| CITY/STATE/ZIP<br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>26650 | TELEPHONE NUMBER<br>312 341-9730 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐